

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:19-mj-67-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHN ALEXANDER LUKASIK, ) | |
| ) | |
| Defendant. ) | |

On June 11, 2019, John Alexander Lukasik plead guilty to Count 1 of the Complaint. As stated in the plea agreement, Counts 2 and 3 were to be dismissed.

**IT IS HEREBY ORDERED** that Counts 2 and 3 of the Complaint are **dismissed**.

DATED this 12th day of June 2019.

GEORGE FOLEY, JR.
United States Magistrate Judge