W. MICHAEL HORVATH, ESQ.
Nevada Bar No. 14545
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for John Anthony Lukasik
emagana@draskovich.com
mhorvath.law@gmail.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br><br>JOHN ANTHONY LUKASIK,<br>　　　　　Defendant. | Case No.: 2:19-mj-00067-EJY<br><br>**STIPULATION AND ORDER** |

Defendant, John Lukasik, by and through his attorney of record, W. Michael Horvath, Esq., and Plaintiff United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, stipulate that Defendant has complied with all of the court ordered requirements and pursuant to the plea agreement the charge of Operating a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor, should be amended to the charge of Reckless Driving, a violation of 18 U.S.C. 13 and N.R.S. 484B.653 and the original sentence in this matter applied to the amended plea.

RESPECTFULLY SUBMITTED this 9th day of July, 2020.

/s/ Rachel Kent
RACHEL KENT
Special Assistant United States Attorney

By: /s/ W. Michael Horvath, Esq.
W. MICHAEL HORVATH, Esq.
Counsel for defendant Upham

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br><br>JOHN ALEXANDER LUKASIK,<br>　　　　　Defendant. | Case No.: 2:19-mj-00067-EJY<br><br>**ORDER** |

　　　Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

　　　The Defendant has complied with all of the court ordered requirements and pursuant to the plea agreement the charge of Operating a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor, is amended to the charge of Reckless Driving, a violation of 18 U.S.C. 13 and N.R.S. 484B.653.

　　　　　　　　　　　　　　　　**IT IS SO ORDERED** this 9th day July, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

/s/ W. Michael Horvath
_____
W. MICHAEL HORVATH, ESQ.
Nevada Bar No. 14545
Attorney for John Alexander Lukasik